AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goeke, Joseph R. | United States Tax Court | 04/06/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Active Status) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

400 Second Street, N.W.
Room 410
Washington, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 04/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ishares MBS ETF | A | Dividend | J | T | Buy | 05/17/17 | J | | |
| 2. St. Mary's County Bonds (2032) | A | Interest | L | T | | | | | |
| 3. Vanguard Intermediate Term Bond ETF | A | Interest | J | T | Buy | 10/20/17 | J | | |
| 4. Capital One Accounts | A | Interest | K | T | | | | | |
| 5. Citibank Accounts | A | Interest | K | T | | | | | |
| 6. Proctor & Gamble - common stock | E | Dividend | N | T | | | | | |
| 7. Nestle SA Shares | D | Dividend | K | T | | | | | |
| 8. Franklin Fed Tax-Free Income Fund | E | Interest | N | T | | | | | |
| 9. Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 10. NYC General Purpose Bonds | A | Interest | K | T | | | | | |
| 11. Oregon School Bonds | A | Interest | M | T | | | | | |
| 12. Euro Pac Growth Fund | E | Dividend | K | T | | | | | |
| 13. AT&T Inc. - senior notes | A | Interest | K | T | | | | | |
| 14. FICO - Bonds | B | Interest | L | T | | | | | |
| 15. Resolution FDG Corp. - Fed Bonds | A | Interest | J | T | | | | | |
| 16. U.S. Treasury - Bonds | B | Interest | K | T | | | | | |
| 17. Metlife -Bonds | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo CD | B | Interest | K | T | | | | | |
| 19. Smuckers stock | A | Dividend | J | T | | | | | |
| 20. Barclay Bank PLC - Bonds | A | Interest | K | T | | | | | |
| 21. Fed Natl Mtge Assn - Bonds | A | Interest | K | T | | | | | |
| 22. Cohen & Stearns Intl - Bonds | A | Interest | J | T | | | | | |
| 23. Darby Bank - CD | A | Interest | K | T | | | | | |
| 24. Verizon Bonds due 2047 | A | Interest | L | T | Buy | 08/14/17 | L | | |
| 25. Great Hall - Investment Funds | A | Interest | K | T | | | | | |
| 26. Harris PFD Capital Corp. - Pref stks | B | Interest | K | T | | | | | |
| 27. UIT Guggenheim defined portfolio | A | Interest | K | T | Buy | 08/22/17 | K | | |
| 28. Prudential PLC - Bonds | B | Interest | K | T | | | | | |
| 29. Southwestern Bank | A | Interest | K | T | | | | | |
| 30. Bank of America - Bonds | A | Interest | M | T | | | | | |
| 31. Salisbury MD GO Bonds (2029) | A | Interest | K | T | | | | | |
| 32. Montgomery County MD bonds (2034) | A | Interest | K | T | | | | | |
| 33. Transportation Alliance - CD | B | Interest | L | T | | | | | |
| 34. Growth Fund of America | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pioneer Cullen - Value Fund | A | Dividend | J | T | | | | | |
| 36. Montgomery County Bonds (2029) | A | Interest | K | T | | | | | |
| 37. JNL Elite Annuity | A | Interest | L | T | | | | | |
| 38. Eagle Mid - Capital Fund | A | Dividend | J | T | | | | | |
| 39. Vanguard Mega | A | Dividend | J | T | | | | | |
| 40. Pioneer Cullen - Value Fund C | A | Dividend | K | T | | | | | |
| 41. Chain Bridge Bank - Stock | A | Dividend | K | T | | | | | |
| 42. National Grid PLC | A | Dividend | J | T | | | | | |
| 43. Citigroup - Shares | A | Dividend | K | T | | | | | |
| 44. BB&T - Account | A | Interest | J | T | | | | | |
| 45. Palm Beach County Fla Education Bonds 2010A | A | Interest | | | Sold | 08/08/17 | L | | no gain or loss |
| 46. USB Capital - Bonds | A | Interest | J | T | | | | | |
| 47. CMA - Tax Exempt Fund | A | Interest | J | T | | | | | |
| 48. Calamos - Und | A | Dividend | J | T | | | | | |
| 49. Treasury - Level Plus Fund | B | Interest | M | T | | | | | |
| 50. Merill Lynch - Bank Deposit Prog. | A | Interest | J | T | | | | | |
| 51. Montgomery County MD Bonds (2033) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Berkshire Hathaway B shares | | None | L | T | | | | | |
| 53. Fidelity - Income Fund | A | Interest | K | T | | | | | |
| 54. Merrill Lynch - CMA Fund | A | Interest | J | T | | | | | |
| 55. Jefferson Pilot - Ins. Policies (successsor LIBERTY MUTUAL) | B | Dividend | L | T | | | | | |
| 56. Berkshire - Life Ins. Policy | D | Dividend | L | T | | | | | |
| 57. ABN AMRO - Cap Fund TR VII | A | Interest | J | T | | | | | |
| 58. HSBC Bank C/D | A | Interest | L | T | | | | | |
| 59. Lehman Bros - Bonds | B | Interest | L | T | | | | | |
| 60. Evergreen - Wells Fargo Asset Allocation Fund | A | Dividend | J | T | | | | | |
| 61. Oregon School Bonds | C | Interest | M | T | | | | | |
| 62. Citigroup - Capital Bonds | A | Interest | J | T | | | | | |
| 63. BAC - Capital Trust Bonds | A | Interest | J | T | | | | | |
| 64. General Mills Stock | A | Dividend | K | T | | | | | |
| 65. Columbia - Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 66. Sentinel - Small Co. Fund | A | Dividend | J | T | | | | | |
| 67. Metlife - Insurance | A | Dividend | K | T | | | | | |
| 68. GNMA - Bonds | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Discover - Bonds - CD | A | Interest | L | T | | | | | |
| 70. Washington State Economic Development Bonds | A | Interest | L | T | | | | | |
| 71. Black Rock Global | A | Dividend | J | T | | | | | |
| 72. ML Bank USA | A | Interest | J | T | | | | | |
| 73. Bank Of Nova Scotia | B | Dividend | L | T | | | | | |
| 74. PIMCO - All Asset Fund | A | Dividend | J | T | | | | | |
| 75. Deutsche Unconstrained | A | Dividend | K | T | | | | | |
| 76. Aegon NV Bonds | A | Interest | K | T | | | | | |
| 77. McDonalds Corp. | A | Dividend | L | T | | | | | |
| 78. ING Group | A | Interest | K | T | | | | | |
| 79. Eaton Vance Risk Managed Fund | A | Dividend | J | T | | | | | |
| 80. JP Morgan Chase - CD | C | Interest | L | T | | | | | |
| 81. Power Shares Bank Amer. - Bonds | A | Interest | K | T | | | | | |
| 82. Coty | A | Dividend | J | T | | | | | |
| 83. UIT First Trust High Dividend | A | Dividend | L | T | | | | | |
| 84. Ivy Large Cap Growth | A | Dividend | K | T | | | | | |
| 85. Conoco Phillips | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. exelon corp | A | Dividend | K | T | | | | | |
| 87. intel | A | Dividend | K | T | | | | | |
| 88. Chevron | A | Dividend | J | T | | | | | |
| 89. Capital One Bank C/D | A | Interest | | | Sold | 09/08/17 | L | | no gain or loss |
| 90. FIA | A | Dividend | J | T | | | | | |
| 91. Ocean City MD GO Bonds | A | Interest | L | T | | | | | |
| 92. Anne Arundel County General Purpose Bonds G/O 2010 | B | Interest | K | T | | | | | |
| 93. Palm Beach County Qualified School Bonds | C | Interest | L | T | | | | | |
| 94. Goldman Sachs Bank CD | A | Interest | L | T | | | | | |
| 95. UIT Advisors Fund | A | Int./Div. | J | T | | | | | |
| 96. Metropolitan Transportation Bonds | B | Interest | K | T | | | | | |
| 97. MTA Mass rapid transit bonds | B | Interest | L | T | | | | | |
| 98. Lansing Michigan Capital Improvement Bonds Eaton County | A | Interest | K | T | | | | | |
| 99. Fort Lauderdale Special Obligation Bonds | B | Interest | K | T | | | | | |
| 100. Anne Arundel co. general purpose bonds | B | Interest | K | T | | | | | |
| 101. New orleans general purpose bonds | B | Interest | K | T | | | | | |
| 102. Shrewsbury mass land acquisition bonds | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Goldman Sachs C/D | A | Interest | K | T | | | | | |
| 104. Fort Lauderdale Pension bonds | B | Interest | K | T | | | | | |
| 105. Synchrony Bank C/D | A | Interest | K | T | | | | | |
| 106. UPS stock | A | Dividend | K | T | | | | | |
| 107. Honolulu Bonds (2035) | A | Interest | J | T | | | | | |
| 108. Vanguard Total STK MKT ETF | A | Dividend | K | T | | | | | |
| 109. Bank of Nova Scotia Stock | A | Dividend | K | T | | | | | |
| 110. New Jersey Economic Development Authority Bonds | A | Interest | M | T | | | | | |
| 111. Vanguard Health Care ETF | A | Dividend | J | T | | | | | |
| 112. Vanguard Dividend Appreciation ETF | A | Dividend | K | T | | | | | |
| 113. Vanguard midcap | A | Dividend | K | T | | | | | |
| 114. Bank of America Account | A | Interest | J | T | | | | | |
| 115. Putnam Capital Spectrum Fund | A | Dividend | J | T | | | | | |
| 116. Janus Flexible Bond Fund | A | Interest | J | T | | | | | |
| 117. Deutsche Managed Municipal Bond Fund | A | Interest | K | T | | | | | |
| 118. Lord Abbett Bond Fund | A | Interest | J | T | | | | | |
| 119. Lincoln National Life Insurance | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Milwaukee Redev Bonds (2035) | A | Interest | M | T | | | | | |
| 121. Wells Fargo Dep Shares 5.7% | B | Dividend | K | T | | | | | |
| 122. Fresno (2025) Bonds | A | Interest | L | T | | | | | |
| 123. San Bernardino Ca School bonds | A | Interest | J | T | Buy | 11/29/17 | J | | |
| 124. GE Cap BK C/D | A | Interest | L | T | Buy | 09/01/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 04/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Joseph R. Goeke

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544